IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-1673 (TJK) |

## JOINT STATUS REPORT

The parties, Plaintiff National Student Legal Defense Network ("NSLDN") and Defendant U.S. Department of Education ("ED"), by and through undersigned counsel, file this joint status report in this case brought under the Freedom of Information Act ("FOIA").

By Minute Order dated September 21, 2018, the Court ordered that the parties meet, confer, and file a joint proposed schedule for briefing or disclosure by October 19, 2018. Since that time the parties have conferred and agreed to engage in further discussions involving an ED subject matter expert in an attempt to narrow and/or potentially resolve the issues in dispute. Accordingly, the parties propose that they continue their discussions and file a further Joint Status Report in 30 days, *i.e.*, on or before November 19, 2018.

Dated: October 19, 2018                Respectfully submitted,

                                                       JESSIE K. LIU
                                                       United States Attorney
                                                       D.C. Bar #472845

                                                       DANIEL VAN HORN
                                                       Chief, Civil Division
                                                       D.C. Bar #924092

By:   */s/ Jason T. Cohen*
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: jason.cohen@usdoj.gov

*Counsel for Defendant*


*/s/ Martha U. Fulford*
Martha U. Fulford, D.C. Bar #1011954
National Student Legal Defense Network
1015 15th St., N.W., Ste. 600
Washington, D.C. 20005
(202) 734-7495
martha@nsldn.org

*Counsel for Plaintiff*