IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 18-1673 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2018 Minute Order, the parties, Plaintiff National Student Legal Defense Network ("NSLDN") and Defendant U.S. Department of Education ("ED"), by and through undersigned counsel, file this joint status report in this case brought under the Freedom of Information Act ("FOIA").

Since filing the November 19, 2018 Joint Status Report, the parties have conferred and continue to attempt to reach agreement to prioritize production and to narrow/potentially resolve the issues in dispute.

On March 21, 2018 NSLDN requested:

- A copy of every letter of credit currently held by the Department that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs" (hereinafter "Request 1"); *and*

- A copy of every communication from the Department wherein the Department requested or demanded an institution to post a letter of credit that is currently held by the Department" (hereinafter "Request 2").

NSLDN's FOIA Submission also stated that "[t]o the extent this request is unduly burdensome on the Department, . . . NSLDN would be willing to accept a detailed log in lieu of the documents themselves," as long as the log contained certain information.

In late October 2018, the Department posted a detailed log of the letters of credit ("LOCs") held by the Department in 2016. The Department also informed NSLDN that it plans to provide a similar log of LOCs held by the Department in 2017, but would not be able to do so until summer 2019. (It had previously suggested that the 2016 log would be available in summer 2018, but encountered delays in data validation that prevented it from posting the log until late October 2018.) The Department has informed NSLDN that it believes a search for the LOCs currently held by the Department is unduly burdensome in that it cannot be completed within the FOIA statutory deadline. Instead, the Department plans to continue to post detailed logs of the LOCs it holds, but with a two-year delay to complete the search/validation process. The Department has had extended communications with Plaintiff explaining in detail the unique data collection and validation process that underlies the extended search timeframe.

Since the last Joint Status Report, and in an effort to prioritize production, on December 10, 2018, NSLDN asked the Department for the five biggest LOCs that it currently holds (including institution, amount, and when the LOC expires). NSLDN also requested one actual copy of a letter of credit currently held by one of these schools. On December 18, 2018, NSLDN also asked for any LOC held by the Department for Vatterott College.

The Department is searching its records to address Plaintiff's requests and anticipates providing a response by January 4, 2018.

The discussions between the parties are ongoing. Accordingly, the parties propose that they file a further Joint Status Report in 30 days, *i.e.*, on or before January 18, 2018.

Dated: December 19, 2018

Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar #472845

        DANIEL VAN HORN
        Chief, Civil Division
        D.C. Bar #924092

By:   */s/ Jason T. Cohen*
        JASON T. COHEN
        ME Bar #004465
        Assistant United States Attorney
        Civil Division
        555 Fourth St., N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2523
        Fax: (202) 252-2599
        Email: jason.cohen@usdoj.gov

        *Counsel for Defendant*


        */s/ Martha U. Fulford*
        Martha U. Fulford, D.C. Bar #1011954
        Robyn K. Bitner, Pro Hac Vice
        National Student Legal Defense Network
        1015 15th St., N.W., Ste. 600
        Washington, D.C. 20005
        (202) 734-7495
        martha@nsldn.org
        robyn@nsldn.org

        *Counsel for Plaintiff*