**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>       Plaintiff,<br><br>       vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 18-1673 (TJK)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2018 Minute Order, the parties, Plaintiff National Student Legal Defense Network ("NSLDN") and Defendant U.S. Department of Education ("ED"), by and through undersigned counsel, file this joint status report[1] in this case brought under the Freedom of Information Act ("FOIA").

On March 21, 2018 NSLDN requested:

- A copy of every letter of credit currently held by the Department that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs" (hereinafter "Request 1"); *and*

- A copy of every communication from the Department wherein the Department requested or demanded an institution to post a letter of credit that is currently held by the Department" (hereinafter "Request 2").

---

[1] The last deadline for the parties' Joint Status Report—January 18, 2019—took place during the partial government shutdown. On January 8, 2019, ED filed a motion to stay the proceedings [Dkt. 12] until funding had been restored. On January 28, 2019, the Court denied ED's motion as moot. The filing of this Joint Status Report follows.

NSLDN's FOIA Submission also stated that "[t]o the extent this request is unduly burdensome on the Department, . . . NSLDN would be willing to accept a detailed log in lieu of the documents themselves," as long as the log contained certain information.

Since the last Joint Status Report in December 2018, and in an effort to prioritize production, the Department has provided Plaintiff with the five biggest LOCs that it currently holds (including institution, amount, and when the LOC expires) and one actual copy of a letter of credit posted by one of these schools.  The Department has also confirmed whether it holds any LOC for Vatterott College.

The discussions between the parties are ongoing.  Accordingly, the parties propose that they file a further Joint Status Report in 30 days, *i.e.*, on or before March 1, 2019.

Dated: January 30, 2019

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar #472845

DANIEL VAN HORN
Chief, Civil Division
D.C. Bar #924092

By:     */s/ Jason T. Cohen*
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: jason.cohen@usdoj.gov

*Counsel for Defendant*

*/s/ Robyn K. Bitner*
Robyn K. Bitner, *Pro Hac Vice*
Martha U. Fulford, D.C. Bar #1011954

National Student Legal Defense Network
1015 15th St., N.W., Ste. 600
Washington, D.C. 20005
(202) 734-7495
robyn@nsldn.org
martha@nsldn.org

*Counsel for Plaintiff*