IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, </br></br>      Plaintiff, </br></br>      vs. </br></br>UNITED STATES DEPARTMENT OF EDUCATION, </br></br>      Defendant. | Civil Action No. 18-1673 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2018 Minute Order, the parties, Plaintiff National Student Legal Defense Network ("NSLDN") and Defendant U.S. Department of Education ("ED"), by and through undersigned counsel, file this joint status report in this case brought under the Freedom of Information Act ("FOIA").

On March 21, 2018 NSLDN requested:

- A copy of every letter of credit currently held by the Department that has been posted by, or on behalf of, any institution participating in one or more Title IV, HEA programs" (hereinafter "Request 1"); *and*

- A copy of every communication from the Department wherein the Department requested or demanded an institution to post a letter of credit that is currently held by the Department" (hereinafter "Request 2").

NSLDN's FOIA Submission also stated that "[t]o the extent this request is unduly burdensome on the Department, . . . NSLDN would be willing to accept a detailed log in lieu of the documents themselves," as long as the log contained certain information.

Since the last Joint Status Report on January 30, 2019, and in an effort to prioritize production, the Department has confirmed again to Plaintiff that it cannot produce the requested documents until at least the summer of 2020.  In addition, the Department stated that, since March 2018, it has not released any chart of LOCs that contains the same, or substantially similar, information as that sought through our FOIA request to any other individual or organization.

The discussions between the parties are ongoing.  Accordingly, the parties propose that they file a further Joint Status Report on or before April 1, 2019.

Dated: March 1, 2019             Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar #472845

        DANIEL VAN HORN
        Chief, Civil Division
        D.C. Bar #924092

By:  */s/ Jason T. Cohen*
        JASON T. COHEN
        ME Bar #004465
        Assistant United States Attorney
        Civil Division
        555 Fourth St., N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2523
        Fax: (202) 252-2599
        Email: jason.cohen@usdoj.gov

*Counsel for Defendant*

*/s/ Robyn K. Bitner*
Robyn K. Bitner, *Pro Hac Vice*
Martha U. Fulford, D.C. Bar #1011954
National Student Legal Defense Network
1015 15th St., N.W., Ste. 600
Washington, D.C. 20005
(202) 734-7495

robyn@nsldn.org
martha@nsldn.org

*Counsel for Plaintiff*