UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-1673 (TJK) |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: February 3, 2021

*/s/ Robyn Bitner*  (By Permission)
ROBYN K. BITNER, D.C. Bar #1617036
National Student Legal Defense Network
1015 15th St., N.W., Ste. 600
Washington, D.C. 20005
(202) 734-7495
robyn@defendstudents.org

Counsel for Plaintiff

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Sean Tepe*
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Email: sean.tepe@usdoj.gov

Counsel for Defendant